UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA M. LONSDALE, | Case No. 06-CV-0077-W (JMA) |
| Plaintiff, | **ORDER RESCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | |
| NICHOLAS THEODORE, M.D., et al., | |
| Defendants. | |

    Due to a conflict on the Court's calendar, **IT IS HEREBY ORDERED** that the telephonic Case Management Conference scheduled for November 8, 2006 at 9:30 a.m. is <u>rescheduled</u> for **November 9, 2006** at **9:30 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

    **IT IS SO ORDERED.**

DATED: October 24, 2006

_____
Jan M. Adler
U.S. Magistrate Judge

06cv0077